| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEW JERSEY |
| Case number *(if known)* _____  Chapter  **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Mountain Creek Resort, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  MCRI** <br> **DBA  Mountain Creek Waterpark** <br> **DBA  Action Park** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **91-1884557** |
| 4. | **Debtor's address** | **Principal place of business** <br><br> **200 State Route 94** <br> **Vernon, NJ 07462** <br> Number, Street, City, State & ZIP Code <br><br> **Sussex** <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.mountaincreek.com** |
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor **Mountain Creek Resort, Inc.**    Case number (*if known*)
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
    See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **7139**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   ☐ A plan is being filed with this petition.
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☑ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Rider 1 attached hereto**    Relationship _____
District _____  When _____  Case number, if known _____

Debtor **Mountain Creek Resort, Inc.** _____ Case number (_if known_) _____
  Name

| 11. | Why is the case filed in _this district?_ | _Check all that apply:_ |
|---|---|---|
| | | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No |
|---|---|---|
| | | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | | **Why does the property need immediate attention?** (_Check all that apply._) |
| | | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | | What is the hazard? _____ |
| | | ☐ It needs to be physically secured or protected from the weather. |
| | | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | | ☐ Other |
| | | **Where is the property?** _____ |
| | | Number, Street, City, State & ZIP Code |
| | | **Is the property insured?** |
| | | ☐ No |
| | | ☐ Yes. Insurance agency _____ |
| | |        Contact name _____ |
| | |        Phone _____ |

### Statistical and administrative information

| 13. | Debtor's estimation of available funds | _Check one:_ |
|---|---|---|
| | | ☐ Funds will be available for distribution to unsecured creditors. |
| | | ☑ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | Estimated number of creditors | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| | | ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☐ 200-999 | | |

| 15. | Estimated Assets | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| 16. | Estimated liabilities | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Mountain Creek Resort, Inc.**                                                  Case number (*if known*)
        Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   05/15/2017
              MM / DD / YYYY

**X** **/s/ Jeffrey Koffman**                                    **Jeffrey Koffman**
Signature of authorized representative of debtor                 Printed name

Title  **Chief Financial Officer**

**18. Signature of attorney**

**X** **/s/ Kenneth A. Rosen**                                   Date  05/15/2017
Signature of attorney for debtor                                        MM / DD / YYYY

**Kenneth A. Rosen**
Printed name

**Lowenstein Sandler LLP**
Firm name

**65 Livingston Avenue**
**Roseland, NJ 07068**
Number, Street, City, State & ZIP Code

Contact phone  **973-597-2500**        Email address   krosen@lowenstein.com

KR4963 New Jersey
Bar number and State

# **RIDER 1**

## **LIST OF DEBTORS**

On May 15, 2017, each of the affiliated entities listed below (the "Debtors") filed a voluntary petition for relief in this Court under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of their chapter 11 cases under the case number assigned to the chapter 11 case of Mountain Creek Resort, Inc.

Mountain Creek Resort, Inc.
Mountain Creek Services Inc.
Mountain Creek Management, LLC
Mountain Creek Mountainslide, LLC
Mountain Leasing LLC
Appalachian Liquors Corporation

**Fill in this information to identify the case:**

Debtor name: **Mountain Creek Resort, Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/15/2017       X  /s/ Jeffrey Koffman
                                  Signature of individual signing on behalf of debtor

                                  **Jeffrey Koffman**
                                  Printed name

                                  **Chief Financial Officer**
                                  Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor Name: Mountain Creek Resort, Inc. | |
| United States Bankruptcy Court for the: District of New Jersey | ☐ Check if this is an Amended filing |
| CASE NUMBER (if known): | |

# Official Form 204

**Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Holding 20 Largest Unsecured Claims and Are Not Insiders** 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes.[1] Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim – If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Vernon Township Municipal Utilities Authority 21 Church Street Vernon, NJ 07462 | | Vernon Bond - $2,650,000 principal | | | | $3,867,750.00 |
| Vernon Township Municipal Utilities Authority 21 Church Street Vernon, NJ 07462 | | Utilization owed thru 12/31/2016 | | | | $1,684,089.00 |
| Vernon Township Municipal Utilities Authority 21 Church Street Vernon, NJ 07462 | | Potential Future Utilization Owed | X | | | $20,656,329.00 |
| Crystal Creek Associates LLC 3621 Route 94, 2nd Floor Hamburg, NJ 07419 | | Promissory Note | | | | $884,778.48 |
| Rosalind Davidowitz c/o J. Morton Davis DH Blair 44 Wall Street New York, NY 10005 | | Promissory Note | | | | $529,446.83 |
| Sail Energy LLC 3621 Route 94, 2nd Floor Hamburg, NJ 07419 | | Promissory Note | | | | $452,636.58 |

---

[1] Inclusion on this list shall not constitute an admission by the Debtors regarding the extent or validity of the debts set forth herein.

Official form 204         Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims

| Debtor | **Mountain Creek Resort, Inc.** | | Case Number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Venturetek LP<br>Irwin Dov Perlysky<br>c/o DH Blair<br>44 Wall Street<br>New York, NY  10005 | | Promissory Note | | | | $355,331.62 |
| Lake Isle Corporation<br>3621 Route 94, 2nd Floor<br>Hamburg, NJ  07419 | | Promissory Note | | | | $292,390.45 |
| Esther Stahler 2003 Grantor Retained Annuity Trust<br>Irwin Dov Perlysky<br>c/o DH Blair<br>44 Wall Street<br>New York, NY  10005 | | Promissory Note | | | | $207,200.79 |
| Sky Ventures LLC<br>Irwin Dov Perlysky<br>c/o DH Blair<br>44 Wall Street<br>New York, NY  10005 | | Promissory Note | | | | $207,200.79 |
| Golf Management Services Corporation | | Promissory Note | | | | $230,504.00 |
| Dell Financial Services LLC<br>12234 North Interstate 35<br>Suite 35B<br>Austin, TX  78753 | | Lease Agreement for services rendered | | | | $14,706.00 |
| Dell Financial Services LLC<br>12234 North Interstate 35<br>Suite 35B<br>Austin, TX  78753 | | Lease Agreement for services rendered | | | | $20,279.00 |
| Burton Snowboards<br>80 Industrial Parkway<br>Burlington, VT  05401 | Tom Wright,<br>Tomwr@burton.com<br>802-652-6755 | Trade | | | | $181,904.34 |
| GBG Spyder USA LLC<br>4740 Walnut Street<br>Boulder, CO  80301 | Agnieszka Melin<br>amelin@spyder.com<br>4740 Walnut Street<br>Boulder, CO  80301<br>Phone 303-544-4095 | Trade | | | | $105,263.90 |
| Appalachian @ MC Condo Association<br>c/o Comet Management LLC<br>106 Quarry Road, Suite F<br>Hamburg, NJ  07419 | Helen Yates<br>heleny@cometpm.com<br>106 Quary Road, Suite F<br>Hamburg NJ  07419<br>Phone: 973-823-8240 | Trade | | | | $83,343.00 |
| Maines Paper & Food Service Inc.<br>101 Broome Corporate Parkway<br>Conklin, NY  13748 | Nicholas Blakeslee<br>Nicholas.Blakeslee@maines.net<br>101 Broome Corporate Parkway Conklin, NY  13748<br>Phone (607) 251-7408 | Trade | | | | $79,805.36 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims

Debtor **Mountain Creek Resort, Inc.**                         Case Number (if known) _____
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Pass Co LLC<br>1621 18th Street<br>Denver, CO  80202 | Brian VandenBroek<br>bvandenbroek@intrawest.com | Trade | | | | $55,376.62 |
| SCHWARTZ SIMON EDELSTEIN & CELSO<br>100 SOUTH JEFFERSON ROAD<br>SUITE 200<br>WHIPPANY NJ 07981 | | Trade | | | | $50,183.61 |
| Inntopia<br>Sterling Valley Systems<br>782 Mountain Road<br>Stowe, VT  05672 | Robin Carey<br>rcarey@inntopia.com<br>PO Box 309<br>Stowe, VT  05672<br>Phone:  203-460-7008 | Trade | | | | $40,463.94 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims

# United States Bankruptcy Court
### District of New Jersey

In re  **Mountain Creek Resort, Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **KG Adventure Ownership LLC**<br>**200 State Route 94**<br>**Vernon, NJ 07462** | | **20%** | **Equity** |
| **MC-KK Holdings, Inc.**<br>**200 State Route 94**<br>**Vernon, NJ 07462** | | **80%** | **Equity** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Financial Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  05/15/2017

Signature  /s/ Jeffrey Koffman  
**Jeffrey Koffman**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
**District of New Jersey**

In re  **Mountain Creek Resort, Inc.**                                                                 Case No.
Debtor(s)                                                                                              Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Mountain Creek Resort, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**KG Adventure Ownership LLC**
**200 State Route 94**
**Vernon, NJ 07462**

**MC-KK Holdings, Inc.**
**200 State Route 94**
**Vernon, NJ 07462**

☐ None [*Check if applicable*]

| | |
|---|---|
| 05/15/2017 | /s/ Kenneth A. Rosen |
| Date | **Kenneth A. Rosen** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Mountain Creek Resort, Inc.** |
| | **Lowenstein Sandler LLP** |
| | **65 Livingston Avenue** |
| | **Roseland, NJ 07068** |
| | **973-597-2500 Fax:973-597-2400** |

**ACTION BY WRITTEN CONSENT
OF THE BOARD OF DIRECTORS OF
MOUNTAIN CREEK RESORT, INC.**

**Dated: May 15, 2017**

The undersigned, being all directors (the "**Director(s)**") of the board of directors (the "**Board of Directors**") of Mountain Creek Resort, Inc. ("**MCRI**" or the "**Company**") hereby consent to the following actions and adopt the following resolutions as of the date hereof:

**WHEREAS**, the Company has reviewed and considered the financial and operational condition of MCRI and MCRI's business on the date hereof, including the historical performance of MCRI, the assets of MCRI, the current and long-term liabilities of MCRI, and the market for the MCRI's products and services; and

**WHEREAS**, the Company has received, reviewed, and considered the recommendations of the senior management of the Board of Directors and MCRI's legal, financial and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**").

**NOW, THEREFORE, IT IS**:

**RESOLVED** that the Company has determined that it is desirable and in the best interests of the Company and its creditors, employees, and other interested parties that a petition be filed by the Company, seeking relief under the provisions of chapter 11 of the Bankruptcy Code (the "**Chapter 11 Cases**");

**RESOLVED FURTHER** that the Board of Directors, and such other officers or persons as the Company directs (each, an "**Officer**" and collectively, the "**Officers**") be, and each is, authorized and directed to execute and file on behalf of MCRI all petitions, schedules, lists, and other papers or documents with the appropriate court under the Bankruptcy Code and to take any and all action that they deem necessary, proper, or advisable to obtain such relief under the Bankruptcy Code, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business;

**RESOLVED FURTHER** that the law firm of Lowenstein Sandler LLP be employed as counsel to MCRI to represent and assist MCRI in carrying out MCRI's duties under the Bankruptcy Code and to take any and all actions to advance MCRI's rights including the preparation of pleadings and filings in connection with the Chapter 11 Cases, and the Officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Cases, and to cause to be filed an appropriate application for authority to retain services of Lowenstein Sandler LLP;

**RESOLVED FURTHER**, that Getzler Henrich & Associates LLC be employed as financial advisor to MCRI to assist MCRI in carrying out the Company's duties under the

Bankruptcy Code and to take any and all actions to advance the Company's rights including the preparation of pleadings and filings in connection with the Chapter 11 Cases, and the Officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Cases, and to cause to be filed an appropriate application for authority to retain services of Getzler Henrich & Associates LLC;

**RESOLVED FURTHER**, that Houlihan Lokey Capital, Inc. be employed as business consultant to MCRI to assist MCRI in restructuring the balance sheet in connection with the Chapter 11 Cases and to take any and all actions to advance the Company's rights, and the Officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Cases, and to cause to be filed an appropriate application for authority to retain services of Houlihan Lokey Capital, Inc.;

**RESOLVED FURTHER**, that the Officers of MCRI be, and hereby are, authorized and directed to employ any other individual and/or firm as professionals or consultants to MCRI as are deemed necessary or advisable to represent and assist MCRI in carrying out the MCRI's duties under the Bankruptcy Code, and in connection therewith, the Officers of the Company are hereby authorized and directed to execute appropriate retention agreements, and to cause to be filed an appropriate application for authority to retain the services of such firms;

**RESOLVED FURTHER**, that the Officers are, and any one of them acting alone is, hereby authorized and empowered to execute, deliver, file, and perform any agreement, document, or any amendment to the foregoing, in the name and on behalf of the MCRI, as may be necessary or advisable for MCRI to obtain post-petition financing and engage in a business sale(s) or other sales for a portion or substantially all of MCRI's assets, and to take such other action, as may be directed by an Officer in connection with the consummation of such transactions all on such terms as the Officers deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions;

**RESOLVED FURTHER**, that the granting by the Company of liens on and security interests in any collateral in connection with the transactions contemplated by the foregoing resolutions, and the filing and recording of any Uniform Commercial Code financing statements or any other document necessary to perfect each security interest contemplated thereby, or to renew, maintain or preserve such perfected security interest, be, and hereby is, authorized and approved in all respects, and the Officers are, or any one of them acting alone is, hereby authorized and directed to execute and deliver any such other collateral documents or instruments, each as the Officers executing same shall deem necessary or appropriate, and to take such actions as may be necessary or advisable to consummate the transactions contemplated thereby;

**RESOLVED FURTHER**, that the Officers are, and any one of them acting alone is, hereby authorized, empowered, and directed, in the name and on behalf of the Company, to take such additional actions, to perform all acts and deed, and to execute, ratify, certify, deliver,

file, and record such additional agreements, notices, certificates, instruments, applications, payments, letters and documents as any of them may deem necessary or advisable to implement the provisions of the foregoing resolutions, and to appoint such agents on behalf of the Company as such Officers, and any of them, may deem necessary or advisable in connection with any financing arrangement or the sale of assets, and the transactions contemplated by any of the foregoing, the authority for the taking of such action to be conclusive evidence thereof;

**RESOLVED FURTHER**, that all of the acts and transactions taken by the Officers, other management or Board of Directors, in the name and on behalf of the Company, relating to matters contemplated by the foregoing resolutions, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified; and

**RESOLVED FURTHER** that this written consent may be executed in any number of counterparts and by facsimile, portable document format, or other reproduction, and such execution shall be considered valid, binding, and effective for all purposes.

[Signature Page Follows]

**IN WITNESS WHEREOF**, the undersigned, being all directors of the Board of Directors of MCRI, have executed this written consent as of the date first written above.

### DIRECTORS:

By: */s/ Jeffrey Koffman*
    Name:  Jeffrey Koffman

By: */s/ Steven Koffman*
    Name:  Steven Koffman

By: */s/ David Koffman*
    Name:  David Koffman

By: */s/ Burton Koffman*
    Name:  Burton Koffman

By: */s/ Edward Bond*
    Name: Edward Bond